UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MONTELONGO,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Defendant. | Case No.: 20-cv-1909-WQH-MDD<br><br>**ORDER** |

HAYES, Judge:

　　On April 21, 2022, Plaintiff, proceeding pro se, filed a letter requesting a six-month extension of all deadlines in this case so she may continue searching for new counsel to represent her. (ECF No. 27). The Court construes this letter as a request for this case to be stayed for six months.

　　IT IS HEREBY ORDERED that, no later than May 13, 2022, Defendant may file a response to Plaintiff's request for a six-month stay of this case.

Dated: May 9, 2022

　　　　　　　　　　　　　　　　　　　　_William Q. Hayes_
　　　　　　　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　　　　　　　　　　United States District Court